**IT IS ORDERED as set forth below:**



**Date: August 24, 2020**

_____
**Lisa Ritchey Craig
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| **FELICIA LAVERNE JAMES**, | : | CASE NO. **19-67248**-LRC |
| Debtor. | : | |
| CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A., | : | |
| Movant, | : | |
| v. | : | CONTESTED MATTER |
| FELICIA LAVERNE JAMES, Debtor; DARIEN JAMES, Codebtor; and MELISSA J. DAVEY, Trustee, | : | |
| Respondents. | : | |

**ORDER**

This matter came on for hearing August 18, 2020, on the *Motion for Relief from Automatic Stay and Codebtor Stay* ("Motion") filed by Capital One Auto Finance, a division of

Capital One, N.A. ("Movant").  Movant claims a security interest in Debtor and Codebtor's vehicle:  2014 DODGE TRUCK Durango Utility 4D Limited 2WD, VIN: 1C4RDHDGXEC508256 (the "Collateral").  Movant, by counsel, filed a Certificate of Service and contends proper service of the Motion.  Neither Debtor, Codebtor, nor Chapter 13 Trustee opposed the Motion; accordingly, it is hereby

ORDERED that the automatic stay imposed under 11 U.S.C. Section 362 and Codebtor Stay of Section 1301 are modified to the extent necessary to allow Movant to recover and dispose of the Collateral in a commercially reasonable manner, to pay the expenses of disposition and the lawful claim of Movant, and to remit to Trustee any remaining sale proceeds. Movant may also proceed with collection under nonbankruptcy law against the nonfiling Codebtor; alternatively, if the disposition results in a deficiency, Movant may amend its claim filed in this case, subject to objection.  The Court ORDERS that Rule 4001(a)(3) does not apply.

[END OF DOCUMENT]

| PREPARED and PRESENTED BY: | NO OPPOSITION TO: |
|---|---|
| The Law Office of LEFKOFF, RUBIN, GLEASON & RUSSO, P.C. Attorneys for Movant | Chapter 13 Trustee |
| By:     /S/    Philip L. Rubin  Ga. State Bar No. 618525 | By:      /S/       *with express permission*  Mandy K, Campbell  Ga. State Bar No. 142676  Office of the Chapter 13 Trustee  Suite 200  260 Peachtree Street, NW  Atlanta, GA 30303 |
| 5555 Glenridge Connector Suite 900 Atlanta, Georgia  30342 (404) 869-6900 prubin@lrglaw.com | |

# DISTRIBUTION LIST

Philip L. Rubin, Esq.
Lefkoff, Rubin, Gleason & Russo, P.C.
5555 Glenridge Connector
Suite 900
Atlanta, Georgia  30342

Felicia Laverne James
9759 Owen Parkway
Jonesboro, GA 30238

Darien James
9759 Owen Parkway
Jonesboro, GA 30238

Stacey L. Butler
The Bankruptcy Law Group, LLC
Suite A
155 Eagles Walk
Stockbridge, GA 30281

Melissa J. Davey
Chapter 13 Trustee
Suite 200
260 Peachtree Street, NW
Atlanta, GA 30303