**IT IS ORDERED as set forth below:**

**Date: September 3, 2020**



_____
**Lisa Ritchey Craig
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| **FELICIA LAVERNE JAMES**, | : | CASE NO. **19-67248**-LRC |
| | : | |
| Debtor. | : | |
| __ __ __ __ __ __ __ __ __ __ __ | : | __ __ __ __ __ __ __ __ __ __ __ |
| CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A., | : : | |
| | : | |
| Movant, | : | |
| | : | CONTESTED MATTER |
| v. | : | |
| | : | |
| FELICIA LAVERNE JAMES, Debtor; DARIEN JAMES, Codebtor; and MELISSA J. DAVEY, Trustee, | : : : | |
| | : | |
| Respondents. | : | |
| | : | |

**ORDER**

This matter came on for hearing September 1, 2020, on the *Motion for Relief from Automatic Stay and Codebtor Stay* ("Motion") filed August 9, 2020, by Capital One Auto

Finance, a division of Capital One, N.A. ("Movant")(Doc. No. 39).  Movant claims a security interest in Debtor and Codebtor's vehicle:  2018 CHEVROLET TRUCK Silverado 1500 Extended Cab LT 2WD, VIN: 1GCRCREC0JZ348321 (the "Collateral").  Movant, by counsel, filed a Certificate of Service and contends proper service of the Motion.  Neither Debtor, Codebtor,  nor Chapter 13 Trustee opposed the Motion; accordingly, it is hereby

ORDERED that the automatic stay imposed under 11 U.S.C. Section 362 and Codebtor Stay of Section 1301 are modified to the extent necessary to allow Movant to recover and dispose of the Collateral in a commercially reasonable manner, to pay the expenses of disposition and the lawful claim of Movant, and to remit to Trustee any remaining sale proceeds.  Movant may also proceed with collection under nonbankruptcy law against the nonfiling Codebtor; alternatively, if the disposition results in a deficiency, Movant may amend its claim filed in this case, subject to objection.  The Court ORDERS that Rule 4001(a)(3) does not apply.

[END OF DOCUMENT]

PREPARED and PRESENTED BY:
The Law Office of
LEFKOFF, RUBIN, GLEASON & RUSSO, P.C.
Attorneys for Movant

By:   /S/
   Craig B. Lefkoff
   Ga. State Bar No. 445045

5555 Glenridge Connector
Suite 900
Atlanta, Georgia  30342
(404) 869-6900
clefkoff@lrglaw.com

NO OPPOSITION TO:
Chapter 13 Trustee

By:       /S/        _with express permission_
   Mandy K, Campbell
   Ga. State Bar No. 142676
Office of the Chapter 13 Trustee
Suite 200
260 Peachtree Street, NW
Atlanta, GA 30303

## DISTRIBUTION LIST

Craig B. Lefkoff, Esq.
Lefkoff, Rubin, Gleason & Russo, P.C.
5555 Glenridge Connector
Suite 900
Atlanta, Georgia  30342

Felicia Laverne James
9759 Owen Parkway
Jonesboro, GA 30238

Darien James
9759 Owen Parkway
Jonesboro, GA 30238

Stacey L. Butler
The Bankruptcy Law Group, LLC
Suite A
155 Eagles Walk
Stockbridge, GA 30281

Melissa J. Davey
Chapter 13 Trustee
Suite 200
260 Peachtree Street, NW
Atlanta, GA 30303