**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| FELICIA LAVERNE JAMES, | : | CASE NO. 19-67248-LRC |
| | : | |
| | : | |
| | : | |
| Debtor. | : | |

**NOTICE OF FILING OF MODIFICATION OF CONFIRMED PLAN,**
**DEADLINE FOR FILING WRITTEN OBJECTIONS AND**
**HEARING DATE AND TIME IF OBJECTION IS TIMELY FILED**

**To: Creditors and Other Parties in Interest**

**PLEASE TAKE NOTICE** that Felicia Laverne James, filed a proposed modification to the confirmed plan in this case, a copy of which modification you are receiving with the notice or have recently received by mail. Pursuant to Rule 3015(g) of the Federal Rules of Bankruptcy Procedure, any creditor or other party in interest opposing this proposed modification must file that objection in writing with the Court on or before the following deadline.

**DEADLINE FOR FILING OBJECTION:** Twenty-four (24) days after the date on which their proposed Modification was filed. The proposed modification was filed on **January 19, 2021.** If the twenty-fourth (24th) day after the date of service falls on a weekend or holiday, the deadline is extended to the next business day.

**PLACE OF FILING:** U. S. Courthouse
75 Ted Turner Drive, SW
Room 1340
Atlanta, GA 30303

If you mail an objection to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above.

You must also serve a copy on the undersigned at the address stated below and on the Debtor at:

Felicia Laverne James
9759 Owen Pkwy
Jonesboro, GA 30238

**PLEASE TAKE FURTHER NOTICE** that if an objection to the proposed Modification is timely filed, the Court will hold a hearing on the modification in Court Room 1204 (12th Floor) of the Richard B. Russell Building and U.S. Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA 30303, at 10:00 a.m. on February 23, 2021. **If no objection is timely filed, the proposed Modification will be effective pursuant to 11 U.S.C. §1329(b)(2) as part of the Confirmed Plan without further order or notice.**

**Given the current public health crisis, hearings may be telephonic only.  Please check the "<u>Important Information Regarding Court Operations During COVID-19 Outbreak</u>" tab at the top of the GANB Website prior to the hearing for instructions on whether to appear in person or by phone.**

Dated: January 19, 2021                                    Respectfully submitted,

/s/_____
Stacey L. Butler, Esq.
Georgia Bar No. 468063
The Bankruptcy Law Group, LLC
Attorney for Debtor
155 Eagles Walk, Suite A
Stockbridge, GA  30281
770-389-0002 Phone
770-389-0012 Fax
courtdocs@slblawgroup.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| FELICIA LAVERNE JAMES, | : | CASE NO. 19-67248-LRC |
| | : | |
| | : | |
| | : | |
| Debtor. | : | |

**POST-CONFIRMATION MODIFICATION OF PLAN**
**AND REQUEST FOR ITS APPROVAL**

Felecia Laverne James, Debtor, proposes to modify the confirmed plan of reorganization as set forth below and requests that this modification be approved.

**MODIFICATION OF PLAN**

Felecia Laverne James, Debtor, hereby modifies the Chapter 13 Plan, which the Court confirmed on January 14, 2020 to remove the step payment increase for the Dodge Durango and remove the direct payment language from the special provisions section.

**Current Chapter 13 Plan Section 2.1 - Plan Payment:**

~~**§ 2.1 Regular Payments to the trustee; applicable commitment period.**~~
~~The applicable commitment period for the debtor(s) as set forth in 11 U.S.C. § 1325(b)(4) is:~~
~~*Check one:* 36 months~~ **60 months** ~~Debtor(s) will make regular payments ("Regular Payments") to the trustee as follows:~~

~~The debtor(s) will pay **$258.00** per month for the applicable commitment period. If the applicable commitment period is 36 months, additional Regular Payments will be made to the extent necessary to make the payments to creditors specified in this plan, not to exceed 60 months unless the Bankruptcy Court orders otherwise. If all allowed claims treated in § 5.1 of this plan are paid in full prior to the expiration of the applicable commitment period, no further Regular Payments will be made.~~

~~The amount of the Regular Payment will change as follows *(If this box is not checked, the rest of § 2.1 need not be completed or reproduced. Insert additional lines as needed for more changes.):*~~

| Beginning on (insert date): | The Regular Payment amount will change to (insert amount): | For the following reason (insert reason for change): |
|---|---|---|
| ~~03/15/2021~~ | ~~$1,086.00 per month~~ | ~~Upon completion of NFS loan payment with Capital One.~~ |
| 01/01/2023 | $1,543.00 per month | Upon completion of 401K loan repayment. |
| 01/01/2024 | $2,018.00 per month | Upon completion of 401K loan repayment. |

**Proposed Chapter 13 Section 2.1 – Plan Payment to be effective February 2021:**

§ 2.1 Regular Payments to the trustee; applicable commitment period.

The applicable commitment period for the debtor(s) as set forth in 11 U.S.C. § 1325(b)(4) is:

*Check one:* 36 months **60 months**

Debtor(s) will make regular payments ("Regular Payments") to the trustee as follows:

The debtor(s) will pay **$356.00** per month for the applicable commitment period. If the applicable commitment period is 36 months, additional Regular Payments will be made to the extent necessary to make the payments to creditors specified in this plan, not to exceed 60 months unless the Bankruptcy Court orders otherwise. If all allowed claims treated in § 5.1 of this plan are paid in full prior to the expiration of the applicable commitment period, no further Regular Payments will be made.

The amount of the Regular Payment will change as follows *(If this box is not checked, the rest of § 2.1 need not be completed or reproduced. Insert additional lines as needed for more changes.)*:

| Beginning on (insert date): | The Regular Payment amount will change to (insert amount): | For the following reason (insert reason for change): |
|---|---|---|
| 01/2023 | $814.00 per month | Upon completion of 401K loan repayment. |
| 01/2024 | $1,289.00 per month | Upon completion of 401K loan repayment. |

WHEREFORE Debtor prays:
(a) That this "Post-Confirmation Modification of Plan and request for its Approval" be filed, read and considered;
(b) That this Honorable Court grant this modification; and,
(c) That this Honorable Court grants such other and further relief as it may deem just and proper.

Dated: January 19, 2021

/s/
Stacey L. Butler, Esq.
Georgia Bar No. 468063
The Bankruptcy Law Group, LLC
Attorney for Debtor
155 Eagles Walk, Suite A
Stockbridge, GA  30281
770-389-0002 Phone
770-389-0012 Fax
courtdocs@slblawgroup.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| FELICIA LAVERNE JAMES, | : | CASE NO. 19-67248-LRC |
| | : | |
| Debtor. | : | |

**DECLARATION UNDER PENALTY OF PERJURY**

    I, Felecia Laverne James, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: January 19, 2021                    /s/
                                                        Felecia Laverne James

## CERTIFICATE OF SERVICE

I certify that I am over the age of 18 and that I served a copy of the foregoing "**Modification of Confirmed Plan and Notice of Hearing**" by first class U.S. Mail, with adequate postage prepaid on the following persons or entities at the address stated with the attached creditor matrix;

**Debtor:**
Felicia Laverne James
9759 Owen Pkwy
Jonesboro, GA 30238

I certify that, by agreement of the parties, Melissa J. Davey, Chapter 13 Trustee, was served via the ECF electronic mail/noticing system.

Dated: January 19, 2021                               /s/_____
                                                      Stacey L. Butler, Esq.
                                                      Georgia Bar No. 468063
                                                      The Bankruptcy Law Group, LLC
                                                      Attorney for Debtor
                                                      155 Eagles Walk, Suite A
                                                      Stockbridge, GA  30281
                                                      770-389-0002 Phone
                                                      770-389-0012 Fax
                                                      courtdocs@slblawgroup.com

```
Label Matrix for local noticing          Acima Credit                              Acima Credit
113E-1                                   9815 Monroe Street                        9815 S Monroe St Fl 4
Case 19-67248-lrc                        4th Floor                                 Sandy, UT 84070-4384
Northern District of Georgia             Sandy, UT 84070-4384
Atlanta
Tue Jan 19 15:32:12 EST 2021

Aldridge Pite, LLP                       (p)AMERICREDIT FINANCIAL SERVICS DBA GM FINAN   AmeriCredit/GM Financial
Fifteen Piedmonth Center                 PO BOX 183853                             Po Box 181145
3575 Piedmont Rd NE, Suite 500           ARLINGTON TX 76096-3853                   Arlington, TX 76096-1145
Atlanta, GA 30305-1636


Stacey L. Butler                         Capital One                               Capital One
The Bankruptcy Law Group, LLC            Attn: Bankruptcy                          Po Box 30281
Suite A                                  PO Box 30285                              Salt Lake City, UT 84130-0281
155 Eagles Walk                          Salt Lake City, UT 84130-0285
Stockbridge, GA 30281-6342

Capital One Auto Finance                 Capital One Auto Finance                  Capital One Auto Finance, a division of Capi
Attn: Bankruptcy                         Credit Bureau Dispute                     4515 N Santa Fe Ave. Dept. APS
PO Box 30285                             Plano, TX 75025                           Oklahoma City, OK 73118-7901
Salt Lake City, UT 84130-0285


Capital One Bank (USA), N.A.             Comenity Bank/Wayfair                     Comenity Bank/Wayfair
4515 N Santa Fe Ave                      Attn: Bankruptcy Dept                     Po Box 182789
Oklahoma City, OK 73118-7901             PO Box 182125                             Columbus, OH 43218-2789
                                         Columbus, OH 43218-2125


Comenitybank/New York                    Comenitybank/New York                     Melissa J. Davey
Attn: Bankruptcy                         Po Box 182789                             Melissa J. Davey, Standing Ch 13 Trustee
PO Box 18215                             Columbus, OH 43218-2789                   Suite 200
Columbus, OH 43218                                                                 260 Peachtree Street, NW
                                                                                   Atlanta, GA 30303-1236

Department of Justice, Tax Division      Diversified Consultants, Inc.             Diversified Consultants, Inc.
Civil Trial Section, Southern Region     Attn: Bankruptcy                          P O Box 551268
PO Box 14198                             PO Box 679543                             Jacksonville, FL 32255-1268
Washington, DC 20044-4198                Dallas, TX 75267-9543


(p)GEORGIA DEPARTMENT OF REVENUE         Internal Revenue Service                  Internal Revenue Service
COMPLIANCE DIVISION                      401 W. Peachtree St. NW                   P O Box 7346
ARCS BANKRUPTCY                          Stop 334-D                                Philadelphia, PA 19101-7346
1800 CENTURY BLVD NE SUITE 9100          Atlanta, GA 30308
ATLANTA GA 30345-3202


Felicia Laverne James                    (p)JEFFERSON CAPITAL SYSTEMS LLC          Brian K. Jordan
9759 Owen Parkway                        PO BOX 7999                               Aldridge Pite, LLP
Jonesboro, GA 30238-8040                 SAINT CLOUD MN 56302-7999                 Suite 500 - Fifteen Piedmont Center
                                                                                   3575 Piedmont Road, NE
                                                                                   Atlanta, GA 30305-1636

LVNV Funding LLC                         Craig B. Lefkoff                          Northside Hospital
Resurgent Capital Services               Lefkoff Rubin Gleason Russo Williams PC   1100 Johnson Ferry Road
P.O. Box 10587                           Suite 900                                 Suite 780
Greenville, SC 29603-0587                5555 Glenridge Connector                  Atlanta, GA 30342-1743
                                         Atlanta, GA 30342-4762
```

| | | |
|---|---|---|
| Northside Hospital<br>PO Box 105346<br>Atlanta, GA 30348-5346 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Quantum3 Group LLC as agent for Comenity Ban<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| Philip L. Rubin<br>Lefkoff Rubin Gleason Russo Williams PC<br>Suite 900<br>5555 Glenridge Connector<br>Atlanta, GA 30342-4762 | Syncb/HSN<br>Attn: Bankruptcy<br>PO Box 965060<br>Orlando, FL 32896-5060 | Syncb/HSN<br>Po Box 965017<br>Orlando, FL 32896-5017 |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Troy Capital LLC<br>c/o Rosen & Pollack<br>1825 Barrett Lakes Blvd<br>Suite 510<br>Kennesaw, GA 30144-7519 | United States Attorney<br>600 Russell B. Russell Bldg.<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 |
| United States Attorney<br>Northern District of Georgia<br>75 Ted Turner Drive SW, Suite 600<br>Atlanta GA 30303-3309 | Wells Fargo Bank, N.A.<br>Default Document Processing<br>MAC# N9286-01Y<br>1000 Blue Gentian Road<br>Eagan MN 55121-7700 | Wells Fargo Home Mor<br>Po Box 10335<br>Des Moines, IA 50306-0335 |
| Wells Fargo Home Mortgage<br>Attn: Written Correspondence/Bankruptcy<br>Mac#2302-04e<br>PO Box 10335<br>Des Moines, IA 50306-0335 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| AmeriCredit Financial Services, Inc.<br>d/b/a GM Financial<br>PO Box 183853<br>Arlington, TX 76096 | (d)AmeriCredit Financial Services, Inc.<br>dba GM Financial<br>P O Box 183853<br>Arlington, TX 76096 | Georgia Department of Revenue<br>Compliance Division<br>ARCS-Bankruptcy<br>1800 Century Blvd. NE, Suite 9100<br>Atlanta, GA 30345-3202 |
| (d)Georgia Department of Revenue<br>Compliance Division<br>ARCS-Bankruptcy<br>1800 Century Blvd. NE, Suite 9100<br>Atlanta, GA 30345-3205 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Capital One Auto Finance, a division of Ca<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | (d)LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | (u)Wells Fargo Bank, N.A. |

End of Label Matrix
Mailable recipients    42
Bypassed recipients     3
Total                  45